UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-cv-10527-IT

JEAN REGIS and VERLANDE REGIS, on their own behalf and on behalf of their minor children, M, J, and H,

                      Plaintiffs,

v.

WILLIAM GROSS, WILLIAM FEENEY, MATTHEW PIEROWAY, JOHN DOES 1-10, and THE CITY OF BOSTON,

                      Defendants.

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS WILLIAM GROSS, WILLIAM FEENEY, MATTHEW PIEROWAY, AND THE CITY OF BOSTON TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

The Defendants, William Gross, William Feeney, Matthew Pieroway, and the City of Boston ("Defendants"), hereby move this Honorable Court for a two-week extension of time, up to and including May 3, 2019, for them to answer or otherwise respond to Plaintiffs' Complaint. In support of this Motion, the Defendants state the following:

1. In their complaint, Plaintiffs allege a host of federal and state law civil rights violations, as well as state law claims, against both the City and the individual officers.

2. Defendants Feeney and Pieroway were served with the complaint on or about March 28, 2019. Upon receipt of the complaint, Defendants Feeney and Pieroway submitted requests for representation from the City of Boston Law Department. These requests must pass through the chain of command, i.e., through the Boston Police Department's Legal Advisor's Office, the Police Commissioner, and ultimately the Corporation Counsel. This process often

1

takes several weeks. Defendants Feeney and Pieroway were approved for representation from the City of Boston Law Department on April 16, 2019.

3. Accordingly, Defendants Feeney and Pieroway need additional time to meet with counsel and prepare their answers or other responses to Plaintiffs' complaint. An additional two weeks should be sufficient for this purpose.

4. To streamline the answers and/or responses for all of the Defendants, the Defendants respectfully request that they be permitted to file their answers and/or responses up to and including on May 3, 2019.

5. Plaintiffs, through their counsel, assent to this request.

WHEREFORE, the Defendants, William Gross, William Feeney, Matthew Pieroway, and the City of Boston, respectfully request an extension, up to and including May 3, 2019, to file their answers or other responses to Plaintiffs' complaint.

| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
|---|---|
| I hereby certify that on this day, a copy of this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants. | **DEFENDANTS, WILLIAM GROSS, WILLIAM FEENEY, MATTHEW PIEROWAY, AND CITY OF BOSTON**<br><br>By their attorneys:<br><br>Eugene L. O'Flaherty<br>Corporation Counsel |
| /s/ Nicole M. O'Connor<br>Nicole M. O'Connor<br><br>Date: April 16, 2019 | /s/ Nicole M. O'Connor<br>Nicole M. O'Connor (BBO#675535)<br>Senior Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4039<br>Nicole.OConnor@boston.gov |

## 7.1 CERTIFICATE

    I, Nicole M. O'Connor, hereby certify that I conferred with counsel for the Plaintiffs (Joshua Solomon, Ruth Bourquin, and Lauren Riddle) via telephone conference on April 16, 2019 regarding the issues raised in this motion. Counsel indicated their assent to the relief requested herein.

Date: April 16, 2019          /s/ Nicole M. O'Connor