UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-10527-IT

JEAN REGIS and VERLANDE REGIS,
on their own behalf and on behalf of their
minor children, M, J, and H,
                      Plaintiffs,
v.

WILLIAM GROSS, WILLIAM FEENEY,
MATTHEW PIEROWAY, JOHN DOES
1-10, and THE CITY OF BOSTON,
                      Defendants.

**DEFENDANTS CITY OF BOSTON AND WILLIAM GROSS'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (FED. R. CIV. P. 12(B)(6))**

Defendants City of Boston and William Gross, who is Commissioner of the Boston Police Department and sued in his official capacity (collectively "City Defendants"), move this Honorable Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Counts II, III, and IV brought against them by Plaintiffs, Jean Regis and Verlande Regis, on their own behalf and on behalf of their minor children, M, J, and H ("Plaintiffs"). Plaintiffs in this case claim that Boston police officers mistakenly executed a no-knock search warrant for Plaintiffs' neighbors at Plaintiffs' apartment, and in so doing violated Plaintiffs' constitutional rights. However, Plaintiffs have not alleged sufficient facts to show deliberate indifference in the City Defendants' training or supervision such as would support a <u>Monell</u> claim (Count II). Plaintiffs also cannot bring a claim under the Massachusetts Civil Rights Act against a municipality or municipal employee sued in his official capacity (Count III). Finally, Plaintiffs' public-records claim is now moot because the City has responded to Plaintiffs' request (Count IV). For these reasons and as

further provided in the accompanying memorandum of law, the City Defendants respectfully present that Counts II, III, and IV fail as a matter of law and must be DISMISSED.

Respectfully submitted,

DEFENDANTS WILLIAM GROSS AND CITY OF BOSTON,

By their attorney,

Eugene O'Flaherty,
Corporation Counsel

/s/ Lena-Kate K. Ahern
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
Lena-Kate K. Ahern (BBO#688331)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039 (O'Connor)
(617) 635-4051 (Ahern)
Nicole.OConnor@boston.gov
Lena-Kate.Ahern@boston.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

5/3/19   /s/ Lena-Kate K. Ahern

Date        Lena-Kate K. Ahern

**Certification pursuant to Local Rule 7.1**

I, Lena-Kate K. Ahern, hereby certify that on April 16, 2019, counsel for Defendants City of Boston and William Gross conferred with counsel for Plaintiffs in a good-faith effort to narrow the issues in dispute in the present motion.

5/3/19     /s/ Lena-Kate K. Ahern

Date        Lena-Kate K. Ahern