UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN REGIS and VERLANDE REGIS, on their own behalf and on behalf of their minor children, M, J, and H, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM GROSS, WILLIAM FEENEY, MATTHEW PIEROWAY, JOHN DOES 1-10, and THE CITY OF BOSTON, <br><br> Defendants. | Civil Action No. 19-cv-10527 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO DISMISS**

Plaintiffs Jean and Verlande Regis hereby respectfully move for a one-week extension of time, until June 27, 2019, to respond to defendants City of Boston's and William Gross's motion to dismiss. In support of this motion, plaintiffs state the following:

1.      After receiving certain documents from the City of Boston in response to plaintiffs' public records request, plaintiffs filed an amendment to their complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B). Following that amendment, defendants William Feeney and Matthew Pieroway answered the complaint. On June 6, 2019, the City and defendant Gross moved to dismiss those portions of the amended complaint that seek relief against them (as opposed to the individual officer-defendants). Based on the date the motion to dismiss was filed, plaintiffs' deadline for filing an opposition is currently June 20.

2.      Undersigned counsel is currently preparing for an out-of-state trial that begins in early July and is expected to last into approximately mid-August. Various pre-trial events and

deadlines are occurring over the next several weeks. Accordingly, counsel for plaintiffs seek one additional week to complete their opposition to the motion to dismiss in this matter.

3.      Counsel for the defendants has authorized plaintiffs' counsel to represent that they do not oppose a one-week extension.

4.      This brief extension will not unduly delay this action. An initial conference has been scheduled for July 15, 2019. The parties have already conducted a Rule 26(f) conference, and thus are taking steps to move the case forward, even as they complete their pleadings.

WHEREFORE, plaintiffs respectfully request an extension to June 27, 2019 to file any response to defendants' motion to dismiss.

Respectfully submitted,

JEAN REGIS and
VERLANDE REGIS,

By their attorneys,

Dated: June 17, 2019

*/s/ Joshua L. Solomon*
Joshua L. Solomon (BBO #657761 )
Lauren A. Riddle (BBO #703859)
POLLACK SOLOMON DUFFY LLP
101 Huntington Avenue, Suite 530
Boston MA 02199
Tel:(617) 439-9800
jsolomon@psdfirm.com
lriddle@psdfirm.com

Ruth Bourquin (BBO #552985 )
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston MA 02110
Tel: (617) 482-3170
rbourquin@aclum.org

## CERTIFICATE OF SERVICE AND L.R. 7.1 CERTIFICATION

The undersigned certifies that this document will be electronically served on counsel who are registered users of ECF on June 17, 2019. The undersigned further certifies that counsel for Plaintiffs conferred with counsel for Defendants who assent to the relief requested.

*/s/ Joshua L. Solomon*