UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN REGIS and VERLANDE REGIS, on their own behalf and on behalf of heir minor children, M, J, and H,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM GROSS, WILLIAM FEENEY, MATTHEW PIEROWAY, JOHN DOES 1-10, and THE CITY OF BOSTON,<br><br>    Defendants. | Civil Action No. 1:19-cv-10527-IT |

JOINT STATEMENT FOR SCHEDULING CONFERENCE

Plaintiffs Jean and Verlande Regis, together with defendants William Gross, the City of Boston, William Feeney, and Matthew Pieroway, respectfully submit this Joint Statement in anticipation of the scheduling conference scheduled for July 15, 2019 and in the form set forth in the Court's Notice of Scheduling Conference:

**I.   Proposed Timetable for Discovery and Motion Practice**

The parties have prepared a proposed pretrial schedule using the Court's form scheduling order. That proposed scheduled is attached hereto as Exhibit A.

Consistent with the Court's practice in other matters, the parties respectfully suggest that the Court conduct a status conference around the end of the discovery period, at which time the Court and the parties can determine the most efficient sequencing of expert discovery and summary judgment proceedings. That proposal is reflected in the proposed scheduling order attached hereto.

**II.     Pending Motions.**

On June 6, 2019, defendants City of Boston and William Gross filed *Defendants City of Boston and William Gross's Motion to Dismiss Counts II, III, and IV for Failure to State a Claim (FED. R. CIV. P. 12(B)(6))* (Docket No. 23). Plaintiffs filed an opposition to that motion on June 27, 2019.

**III.    Discovery**

    **A.     Proposed Discovery Limitations.**

At this stage, the parties do not request any changes to the discovery limitations imposed by the applicable rules of court.

    **B.     Anticipated Discovery Subjects.**

The parties have conferred, and one or all of the parties may seek discovery as to the following issues:

- The raid on the Regis family home, including the events that gave rise to the raid and the manner in which it was conducted.
- The Boston Police Department's policies, practices, and training regarding the use of no-knock warrants.
- Information concerning the intended target of the raid.
- Prior incidents in which homes were raided that were not the homes of the intended targets of raids.

The parties are not waiving their rights to seek additional discovery or to object to discovery sought by any party.

C. **Phased Discovery.**

The parties do not believe that phased discovery is necessary or appropriate in this matter.

D. **Electronic Discovery and Privilege**

The parties do not anticipate any issues with respect to the disclosure or discovery of electronically stored information ("ESI"), and they agree that all ESI shall be produced in the same format as it is stored electronically (i.e., if a document is stored in Word format it shall be produced in Word format and an email shall be produced in native format). The parties do not anticipate any issues with respect to privilege and agree, if requested by the other party, to produce a privilege log identifying all documents withheld from production except for communications between litigation counsel and clients. The parties also intend to enter into an agreement pursuant to Rule 502 of the Federal Rules of Evidence.

IV. **Trial By Magistrate Judge**

One or more of the parties have not consented to trial by a magistrate judge.

V. **Settlement.**

The parties have exchanged written settlement communications in accordance with the Court's Notice of Scheduling Conference.

VI. **Certifications Pursuant to Local Rule 16.1(d)(3)**

Certifications pursuant to Local Rule 16.3(d)(3) have been or will be filed separately by the parties.

VII. **Proposed Agenda for Conference**

- Date for hearing on motion to dismiss, if necessary
- Pretrial schedule

- Anticipated length of trial

- Date for next status conference

Respectfully submitted,

Counsel for Plaintiffs,

/s/ Joshua L. Solomon
Joshua L. Solomon (BBO #657761 )
Lauren A. Riddle (BBO #703859 )
POLLACK SOLOMON DUFFY LLP
101 Huntington Avenue, Suite 530
Boston MA 02199
Tel:(617) 439-9800
jsolomon@psdfirm.com
lriddle@psdfirm.com

Ruth Bourquin (BBO #552985 )
American Civil Liberties Union Foundation of Massachusetts, Inc.
211 Congress Street
Boston MA 02110
Tel: (617) 482-3170
rbourquin@aclum.org

Counsel for Defendants,

/s/ Nicole M. O'Connor
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
Lena-Kate K. Ahern (BBO#688331)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039 (O'Connor)
(617) 635-4051 (Ahern)
Nicole.OConnor@boston.gov
Lena-Kate.Ahern@boston.gov

**Certificate of Service**

      The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on July 8, 2019.

                                            /s/ Joshua L. Solomon