**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JEAN REGIS and VERLANDE REGIS, on their own behalf and on behalf of their minor children, M, J, and H,<br><br>              Plaintiffs,<br><br>v.<br><br>WILLIAM GROSS, WILLIAM FEENEY, MATTHEW PIEROWAY, JOHN DOES 1-10, and THE CITY OF BOSTON,<br><br>              Defendants. | Civil Action No. 19-10527 |

## PLAINTIFFS' LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), Plaintiffs Jean Regis and Verlande Regis, on their own behalf and on behalf of their minor children, M, J, and H, and their counsel hereby certify that they have conferred:

1.    with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

2.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                                            Respectfully submitted,

                                                            /s/ Joshua L. Solomon
                                                            Joshua L. Solomon (BBO #657761)
                                                            Lauren A. Riddle (BBO #703859)
                                                            POLLACK SOLOMON DUFFY LLP
                                                            101 Huntington Avenue, Suite 530
                                                            Boston MA 02199
                                                            Tel:(617) 439-9800

jsolomon@psdfirm.com

Ruth Bourquin (BBO #552985 )
American Civil Liberties Union Foundation of
Massachusetts, Inc.
211 Congress Street
Boston MA 02110
Tel: (617) 482-3170
rbourquin@aclum.org

_____
Jean Regis
Plaintiff
On his own behalf and on behalf of his minor
children, M, J, and H

_____
Verlande Regis
Plaintiff
On her own behalf and on behalf of her minor
children, M, J, and H

July 8, 2019