UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-10527-IT

JEAN REGIS and VERLANDE REGIS,
on their own behalf and on behalf of their
minor children, M, J, and H,
                Plaintiffs,

v.

WILLIAM GROSS, WILLIAM FEENEY,
MATTHEW PIEROWAY, JOHN DOES
1-10, and THE CITY OF BOSTON,
                Defendants.

## L.R. 16.1(D)(3) CERTIFICATE OF DEFENDANT, CITY OF BOSTON (INCLUDING WILLIAM GROSS IN HIS OFFICIAL CAPACITY)[1]

Pursuant to L.R. 16(D)(3), counsel for the Defendant, City of Boston, hereby certifies that I have conferred with the Defendant's authorized representative:

(a)    with a view to a budget for the litigation, from beginning to end, considering the costs of alternative courses towards resolution; and

(b)    the possible resolution of the dispute through ADR mechanisms such as those suggested in L.R. 16.4.

[SIGNATURE ON FOLLOWING PAGE]

---

[1] Commissioner Gross is sued in his official capacity only. Suing a municipal employee in his official capacity is the legal equivalent to suing the municipal employer; accordingly, the claims against Gross and the City of Boston are one and the same. Dirrane v. Brookline Police Dep't, 315 F.3d 65, 71 (1st Cir. 2002).

Signature of Authorized Representative:    Respectfully submitted,

DEFENDANTS CITY OF BOSTON & WILLIAM GROSS
By their attorneys:

Susan M. Weise (BBO#545455)
First Assistant Corp. Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4040

/s/ Nicole M. O'Connor
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
Lena-Kate K. Ahern (BBO#688331)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039 (O'Connor)
(617) 635-4051 (Ahern)
Nicole.OConnor@boston.gov
Lena-Kate.Ahern@boston.gov

### CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, I served a true copy of this document on the attorney of record for all parties through the CM/ECF system.

/s/ Nicole M. O'Connor
Nicole M. O'Connor