**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 19-10527-IT**

| |
|---|
| JEAN REGIS and VERLANDE REGIS, on their own behalf and on behalf of their minor children, M, J, and H, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM GROSS, WILLIAM FEENEY, MATTHEW PIEROWAY, SEAN MARTIN, JOHN MCNULTY, PETER ZOGRAPHOS, RICHARD STANTON, JAMIE PIETROSKI, SEAN FRANCIS, EDWARD MOQUETE, RANCE COOLEY, FRANK NOGUEIRA, FRANCIS PETROWSKI, ADRIAN PINTO, and THE CITY OF BOSTON, <br><br> Defendants. |

JOINT MOTION FOR APPROVAL OF SETTLEMENT
INVOLVING MINORS PURSUANT TO M.G.L. c. 231, §140C1/2

This action arose from a no-knock raid by certain of the defendants on the home of the Plaintiffs, Jean Regis and Verlande Regis and their minor children M, J, and H, on November 27, 2018. The Plaintiffs were not the intended target of the search warrant obtained by the defendants.

During an October 14, 2020 mediation with the Honorable Page Kelley, the parties reached an agreement to settle this action, inclusive of any claims for costs or attorneys' fees, for

payments totaling $500,000, to compensate the 5 members of the Plaintiff family for personal injury as a result of the raid, which is to be divided equally among the 5 family members. The children's portions of the settlement payments will be paid initially to one of the parents on behalf of each of the children. The respective shares of the settlement amount may be reduced as required by law to pay off any outstanding liens.

The parents intend to establish accounts in each child's name into which the child's respective share will be deposited promptly after receipt.

The agreement to resolve this action is memorialized in a written settlement agreement between the Plaintiffs and the City of Boston, which calls for the eventual dismissal of claims against all defendants. The Plaintiffs and the City therefore jointly ask the Court to approve the settlement to be paid to Jean and Verlande Regis on behalf of all of the Plaintiffs, as outlined in the Settlement Agreement attached as **Exhibit A**.

Respectfully submitted,

*Counsel for Plaintiffs,*

/s/ Joshua L. Solomon
Joshua L. Solomon (BBO #657761)
Lauren A. Riddle (BBO #703859)
POLLACK SOLOMON DUFFY LLP
101 Huntington Avenue, Suite 530
Boston MA 02199
(617) 439-9800
jsolomon@psdfirm.com

Ruth Bourquin (BBO #552985)
American Civil Liberties Union
 Foundation of Massachusetts, Inc.
211 Congress Street
Boston MA 02110
Tel: (617) 482-3170
rbourquin@aclum.org

*Counsel for Defendant City of Boston*

/s/ Nicole M. O'Connor
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
Edward F. Whitesell, Jr. (BBO#644331)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039 (NMO)
(617) 635-4045 (EFW)
Nicole.OConnor@boston.gov
Edward.Whitesell@boston.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on January 12, 2021.

/s/ Joshua L. Solomon