**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 1:19-cv-10527-IT**

---

**JEAN REGIS and VERLANDE REGIS,**
**on their own behalf and on behalf of heir**
**minor children, M, J, and H,**
                                        **Plaintiffs.**
**v.**

**WILLIAM GROSS, WILLIAM FEENEY,**
**MATHEW PIEROWAY, THE CITY OF**
**BOSTON, ET AL.,**
                                        **Defendants.**

---

<u>**ASSENTED-TO MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL**</u>

The Defendants, City of Boston, William Gross, Sean Martin, John McNulty, Peter Zographos, Richard Stanton, Jamie Pietroski, Sean Francis, Edward Moquette, Rance Cooley, Frank Nogueria, Adrian Pinto, and City of Boston ("Defendants") respectfully move this Court to extend the time by which the parties shall file a stipulation of dismissal until seven (7) days after all settlement payments have been completed, i.e., received by Plaintiffs.  In support of this motion, the Defendants submit the following:

1.  This matter settled at mediation before Judge Page Kelley on October 14, 2020.  The following day, Judge Kelley issued a report of the mediation, which read "The case settled.  Parties will file a stipulation of dismissal within 60 days."  Following that date, the parties exchanged several drafts of written settlement agreements before reaching an agreement on or about January 5, 2021.

2.  While the parties were working collaboratively to reach a written agreement, they moved jointly to extend the time to file a dismissal until February 15, 2021 [ECF No. 82], which was allowed by this Court.

1

3. On January 12, 2021, the Plaintiffs and the City of Boston filed a joint motion for court-approval of the settlement [ECF No. 84] which was allowed by this Court on January 15, 2021 [ECF No. 85].

4. The City immediately submitted the settlement agreement for processing. To date, two settlement checks have issued and the remaining three settlement checks are scheduled to issue on February 19, 2021. Processing times have been delayed due to internal processes at the City of Boston as well as COVID-19 working restrictions.

5. All parties to this action assent to the relief requested herein.

WHEREFORE, the Defendants respectfully request that the time for the parties to file a stipulation of dismissal be extended until seven (7) days after the Plaintiffs receive all settlement payments.

Respectfully submitted:

Counsel for Plaintiffs:

Counsel for Defendants William Gross, Sean Martin, John McNulty, Peter Zographos, Richard Stanton, Jamie Pietroski, Sean Francis, Edward Moquette, Rance Cooley, Frank Nogueria, Adrian Pinto, and City of Boston

/s/ Ruth R. Bourquin
Joshua L. Solomon (BBO#657761)
Lauren A. Riddle (BBO#703859)
POLLACK SOLOMON DUFFY LLP
101 Huntington Avenue, Suite 530
Boston, MA 02199
(617) 439-9800
jsolomon@psdfirm.com

/s/ Nicole M. O'Connor
Nicole M. O'Connor (BBO#675535)
Edward F. Whitesell, Jr. (BBO#644331)
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039
Nicole.oconnor@boston.gov
Edward.Whitesell@boston.gov

Ruth Bourquin (BBO#552985)
American Civil Liberties Union
    Foundation of Massachusetts, Inc.

Case 1:19-cv-10527-IT   Document 86   Filed 02/16/21   Page 3 of 3

211 Congress Street
Boston, MA 02110
(617) 482-3170
rbourquin@aclum.org


Counsel for Defendant Matthew Pieroway:


*/s/ Evan C. Ouellette*
Evan C. Ouellette (BBO#655934)
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 880-7100
eouelette@bhpklaw.com

Counsel for Defendant William Feeney:


*/s/ Hugh R. Curran*
Hugh R. Curran (BBO#552623)
Danielle L. Nudelman-McGonigle (BBO#672913)
Bletzer & Bletzer, PC
300 Market Street
Brighton, MA 02135
(617) 254-8900
hcurran@bletzerlaw.com
dnudelman@bletzerlaw.com


## CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system on the date listed below.


Dated:  February 16, 2021                    /s/ Nicole M. O'Connor
                                             Nicole M. O'Connor