**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 19-10527-IT**

| | |
|---|---|
| JEAN REGIS and VERLANDE REGIS, on their own behalf and on behalf of their minor children, M, J, and H, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM GROSS, WILLIAM FEENEY, MATTHEW PIEROWAY, SEAN MARTIN, JOHN MCNULTY, PETER ZOGRAPHOS, RICHARD STANTON, JAMIE PIETROSKI, SEAN FRANCIS, EDWARD MOQUETE, RANCE COOLEY, FRANK NOGUEIRA, FRANCIS PETROWSKI, ADRIAN PINTO, and THE CITY OF BOSTON, <br><br> Defendants. | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's January 15, 2021 order approving the settlement agreement in this action (Dkt. No. 85), all parties hereto hereby stipulate to the dismissal of this action, with prejudice, with each Party to bear its own fees and costs.

Respectfully submitted,

*Counsel for Plaintiffs,*

/s/ Joshua L. Solomon
Joshua L. Solomon (BBO #657761)
Lauren A. Riddle (BBO #703859)
POLLACK SOLOMON DUFFY LLP
101 Huntington Avenue, Suite 530
Boston MA 02199
(617) 439-9800
jsolomon@psdfirm.com

Ruth Bourquin (BBO #552985)
American Civil Liberties Union
 Foundation of Massachusetts, Inc.
211 Congress Street
Boston MA 02110
Tel: (617) 482-3170
rbourquin@aclum.org

*Counsel for Defendant Matthew Pieroway*

/s/ Evan C. Ouellette
Evan C. Ouellette (BBO #655934)
BRODY, HARDOON, PERKINS &
 KESTEN, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 880-7100
eouellette@bhpklaw.com

*Counsel for defendant William Feeney*

/s/ Hugh R. Curran
Hugh R. Curran (BBO# 552623)
Danielle L. Nudelman-McGonigle
 (BBO# 672913)
Bletzer & Bletzer, PC
300 Market Street
Brighton, MA 02135
(617) 254-8900

*Counsel for Defendants Williams Gross, Sean Martin, John McNulty, Peter Zographos, Richard Stanton, Jamie Pietroski, Sean Francis, Edward Moquete, Rance Cooley, Frank Nogueria, Adrian Pinto, and the City of Boston*

/s/ Nicole M. O'Connor
Nicole M. O'Connor (BBO#675535)
Edward F. Whitesell, Jr. (BBO#644331)
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039
nicole.oconnor@boston.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on March 3, 2021.

                                                        /s/ Joshua L. Solomon